IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 14-cv-01638-BNB


KEITH BLOUNT,

        Applicant,

v.

J. OLIVER, Warden,

        Respondent.

_____

ORDER OF DISMISSAL
_____

        Applicant, Keith Blount, is in the custody of the Federal Bureau of Prisons and at

the United States Penitentiary in Florence, Colorado.  Applicant initiated this action by

filing *pro se* a Petition for a Writ of Habeas Corpus.  In an order entered on June 12,

2014, Magistrate Judge Boyd N. Boland instructed Applicant to cure certain deficiencies

if he wished to pursue his claims.  Specifically, Magistrate Judge Boland instructed

Applicant to submit his claims on a Court-approved form used in filing § 2241 actions in

this Court and either pay the $5 filing fee or in the alternative submit a request to

proceed pursuant to 28 U.S.C. § 1915.

        Magistrate Judge Boland warned Applicant that the action would be dismissed

without further notice if he failed to cure the deficiencies within thirty days.  On July 2,

2014, Applicant paid the fee but failed to submit his claims on a proper Court-approved

form.  Magistrate Judge Boland entered a Minute Order on July 2, 2014, and again

directed Applicant to submit his claims on a proper Court-approved form.  On July 15,

2014, Applicant again filed his claims on an improper form.  Applicant does not claim in

any pleading that he is unable to obtain a proper Court-approved form from his case

manager of the facility's legal assistant.  The action, therefore, will be dismissed for

failure to comply with a court order within the time allowed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be

denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438

(1962).  If Applicant files a notice of appeal he must pay the full $505 appellate filing fee

or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for

the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without

prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for

failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied.

DATED at Denver, Colorado, this __12th__ day of ___August_____, 2014.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court


2